A CERTIFIED TRUE COPY
ATTEST

By Bonita Bagley on Dec 11, 2007

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 11, 2007

FILED
CLERK'S OFFICE

**IN RE: INSURANCE BROKERAGE ANTITRUST LITIGATION**

| | |
|---|---|
| Lincoln Adventures, LLC, et al. v. Certain Underwriters at Lloyd's London, et al., S.D. Florida, C.A. No. 0:07-60991 | ) ) MDL No. 1663 |
| Supreme Auto Transport, LLC v. Certain Underwriters at Lloyd's of London, et al., S.D. New York, C.A. No. 1:07-6703 | ) ) |

## TRANSFER ORDER

**Before the entire Panel**[*]: Plaintiffs in one action pending in the Southern District of Florida (*Lincoln Adventures*) and one action pending in the Southern District of New York (*Supreme Auto Transport*) have moved, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), to vacate our order conditionally transferring the actions to the District of New Jersey for inclusion in MDL No. 1663. Responding defendants Marsh & McLennan Cos., Inc., Marsh Inc., Willis Group Holdings Limited, Willis Limited, Aon Corp., and Lloyd's Syndicate No. 2488 oppose the motions to vacate.

After considering all argument of counsel, we find that these actions involve common questions of fact with actions in this litigation previously transferred to the District of New Jersey, and that transfer of these actions to the District of New Jersey for inclusion in MDL No. 1663 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. We further find that transfer of these actions is appropriate for the reasons that we set out in our original order directing centralization in this docket. In that order, we held that the District of New Jersey was a proper Section 1407 forum for actions brought by persons allegedly injured by a conspiracy among defendants and/or co-conspirators to affect the sale of insurance sold in the United States by rigging bids and allocating customers. *See In re Insurance Brokerage Antitrust Litigation*, 360 F.Supp.2d 1371 (J.P.M.L. 2005).

In opposing transfer, movants principally argue that proceedings in MDL No. 1663 have advanced to the point where transfer of *Lincoln Adventures* and *Supreme Auto Transport* would either disrupt those proceedings or prejudice movants. But Section 1407 transfer permits all actions sharing questions concerning the alleged conspiracy to proceed on a streamlined basis before a single transferee judge who can structure pretrial proceedings in a way that considers all parties' legitimate discovery needs, while ensuring that common parties and witnesses are not subjected to discovery demands which duplicate activity that has occurred or will occur in proceedings in the transferee district. Transfer under Section 1407 will thus have the salutary effect of assigning these two actions to a judge who is already thoroughly versed in the litigation's issues and who can ensure that pretrial proceedings will

---

[*] Judges Heyburn and Scirica took no part in the disposition of this matter.

- 2 -

be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties and the courts.

Movants also argue that *Lincoln Adventures* and *Supreme Auto Transport* do not share sufficient questions of fact to warrant Section 1407 transfer. Movants suggest that issues relating to the sale of insurance in the London insurance market and the presence of various Lloyd's of London syndicates as defendants render their actions distinct from previously centralized MDL No. 1663 actions. Section 1407's statutory criteria, however, do not require a complete identity or even majority of common factual issues as a prerequisite to transfer by the Panel. Questions relating to allegedly improper contingent commission agreements and the steering of customers to favored insurers are at issue in both the present actions and the previously centralized MDL No. 1663 actions. With respect to any non-common issues, the transferee court is, of course, free to formulate a pretrial program that allows discovery concerning those issues to proceed concurrently with remaining discovery on common issues, *In re Joseph F. Smith Patent Litigation*, 407 F.Supp. 1403, 1404 (J.P.M.L. 1976). It may also be, on further refinement of the issues and close scrutiny by the transferee judge, that one or more of the claims in *Lincoln Adventures* or *Supreme Auto Transport* can be remanded in advance of other claims in the actions. But we are unwilling, on the basis of the record before us, to make such a determination at this time with respect to either action. Should the transferee judge deem remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these two actions are transferred to the District of New Jersey and, with the consent of that court, assigned to the Honorable Garrett E. Brown for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

PANEL ON MULTIDISTRICT LITIGATION

D. Lowell Jensen
Acting Chairman

John G. Heyburn II, Chairman[*]   J. Frederick Motz
Robert L. Miller, Jr.              Kathryn H. Vratil
David R. Hansen                    Anthony J. Scirica[*]

|  | UNITED STATES DISTRICT COURT<br>MARTIN LUTHER KING, JR.<br>FEDERAL BLD & U.S. COURTHOUSE<br>50 WALNUT STREET<br>P.O. BOX 419<br>NEWARK, N.J. 07101-0419 |  |
|---|---|---|
| William T. Walsh<br>Clerk |  | CAMDEN OFFICE<br>USPO & Courthouse<br>401 Market Street<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

(973) 645-4555

Clerk, District Court for the
    Southern District of Florida
150 Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

Date:January 14, 2008

**Re: MDL -1663 – Insurance Brokerage Antitrust Litigation**

Southern District of Florida No.0:07-60991
    Lincoln Adventures, LLC v. Certain Underwriter's at Lloyd's of London, et al.
    District of N.J. No. Unassigned

Dear Clerk:

    Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled actions presently pending in your Court to the District of New Jersey and assigned to the Honorable Garrett E. Brown, USDC for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

    If your court is currently on CM/ECF Version 3.0, you can transfer the case to use via Case Extraction in Utilities. If you have any questions, please contact Ms. Charles Sanders at 973-645-4582. Please return a copy of this letter when transmitting your files and certified copies of the docket sheets.

Very truly yours,

WILLIAM T. WALSH, Clerk

/s/ John Icklan, Deputy Clerk

Enc.

cc: Jeffery N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation